**HOVEY WILLIAMS LLP**
10801 MASTIN BOULEVARD
SUITE 1000
OVERLAND PARK, KANSAS 66210
TELEPHONE (913) 647-9050
FAX (913) 647-9057

Cheryl L. Burbach (Admitted Pro Hac Vice)
Email cburbach@hoveywilliams.com
Dianne M. Smith-Misemer (Pro Hac Vice Application Pending)
Email dsmisemer@hoveywilliams.com

**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

Sean Sullivan (State Bar No. 229104)
Email seansullivan@dwt.com

Attorneys for Plaintiff
SILPADA DESIGNS, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SILPADA DESIGNS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CLAIRE SANTANIELLO, <br><br> Defendants. | Case No.  2:15-cv-03636-SJO-SSx <br><br> **DISCOVERY MATTER** <br><br> **PLAINTIFF'S NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES** <br><br> Hearing Date:  March 1, 2016 <br> Hearing Time:  10:00 a.m. <br> Location:  Courtroom 590 <br><br> Hon. Suzanne H. Segal <br><br> Discovery Cutoff: June 20, 2016 <br> Pretrial Conference:  September 12, 2016 <br> Trial Date: September 20, 2016 <br><br> Complaint Filed:  May 19, 2015 |

1

NOTICE OF MOTION TO COMPEL
DWT 28865125v1 0104487-000001

TO THE COURT AND DEFENDANT:

PLEASE TAKE NOTICE that on Tuesday, March 1, 2016 at 10:00 a.m., in Courtroom 590, United States Courthouse, Roybal Federal Building, located at 255 East Temple Street, Los Angeles, CA 90012, Plaintiff Silpada Designs, Inc. ("Silpada") will and hereby does move this Court for an Order requiring Defendant Claire Santaniello ("Santaniello") to: (a) treat Silpada's First Set of Interrogatories ("Interrogatories") Nos. 2, 4, 10-12, 15 and 17-22 as single interrogatories; (b) provide substantive responses to Interrogatories Nos. 1-24; (c) immediately produce documents in response to Silpada's First Set of Requests for Production of Documents ("Requests") Nos. 1-66 or, in the alternative, confirm that no such documents exist; (d) produce all purportedly confidential information in a manner that provides access to Silpada's in-house legal team; (e) withdraw all objections that Santaniello raised after she served her initial written discovery responses on October 2, 2015; and (f) enter Silpada's proposed Joint Protective Order, attached as Exhibit 26 to the Declaration of Sean Sullivan.

This Motion is made following the conference of counsel pursuant to L.R. 37-1, which took place on October 19, 2015 and December 18, 2015.

The Motion will be based on this Notice, the Joint Stipulation prepared by the parties pursuant to L.R. 37-2, as well as supporting declarations and exhibits, the files and records in this action, and any further evidence or argument that this Court may properly receive at or before the hearing.

| DATED: February 4, 2016 | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| | s/ *Sean M. Sullivan* |
| | Sean M. Sullivan |
| | |
| | HOVEY WILLIAMS LLP |
| | Cheryl L. Burbach |
| | |
| | ATTORNEYS FOR SILPADA DESIGNS, INC. |

2